# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

ELLA NELSON, individually and on behalf of all others similarly situated,

    *Plaintiff*,

vs.

MONTHLY AUTO SALES, INC. D/B/A WATSON AUTO GROUP, a Texas Corporation,

    *Defendant*.

_____/

**CLASS ACTION**

**Case No. 4:20-cv-00581-O**

**JURY TRIAL DEMANDED**

## NOTICE OF SETTLEMENT

Plaintiff, Ella Nelson, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims.  Plaintiff and Defendant are in the process of finalizing their settlement agreement.  Plaintiff anticipates filing a notice of dismissal within ten (10) days.

Date: August 24, 2020

Respectfully Submitted,

By: */s/ Angelica M. Gentile*
Angelica M. Gentile, Esq.
Texas Bar # 24112322
Email: agentile@shamisgentile.com
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915

*Counsel for Plaintiff and the Class*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@shamisgentile.com

By: */s/ Angelica M. Gentile*
Angelica M. Gentile, Esq.
Texas Bar # 24112322

*Counsel for Plaintiff and the Class*