UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ELLA NELSON, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | **Case No. 4:20-cv-00581-O** |
| vs. | **JURY TRIAL DEMANDED** |
| MONTHLY AUTO SALES, INC. D/B/A WATSON AUTO GROUP, a Texas Corporation, | |
| *Defendant*. _____/ | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Ella Nelson, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this this action as follows:

1.   All claims of the Plaintiff, Ella Nelson, individually, are hereby dismissed with prejudice.

2.   All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: September 15, 2020

Respectfully Submitted,

By: /s/ Angelica M. Gentile
Angelica M. Gentile, Esq.
Texas Bar # 24112322
Email: agentile@shamisgentile.com
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

      **SHAMIS & GENTILE, P.A.**
      14 NE 1st Ave., Suite 705
      Miami, FL 33132
      Telephone (305) 479-2299
      Facsimile (786) 623-0915
      Email: efilings@sflinjuryattorneys.com

By:   */s/ Angelica Gentile*
       Andrew J. Shamis, Esq.
       Florida Bar # 24112322

      *Counsel for Plaintiff and the Class*